**RIDER TO CIVIL COVER SHEET FOR CASE NO. 21-cv-533**

**Plaintiffs**: ADAMA SOW, DAVID JAKLEVIC, ALEXANDRA DE MUCHA PINO, OSCAR RIOS, BARBARA ROSS, MATTHEW BREDDER, SABRINA ZURKUHLEN, MARIA SALAZAR, DARA PLUCHINO, and SAVITRI DURKEE, *on behalf of themselves and others similarly situated*

**Defendants**: CITY OF NEW YORK; MAYOR BILL DE BLASIO; NEW YORK CITY POLICE DEPARTMENT COMMISSIONER DERMOT SHEA, NEW YORK CITY POLICE DEPARTMENT CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD DETECTIVE EDWARD CARRASCO (SHIELD NO. 1567); NYPD OFFICER TALHA AHMAD (SHIELD NO. 21358); NYPD OFFICER KEVIN AGRO (SHIELD NO. 8054); NYPD OFFICERS JOHN and JANE DOES # 1- 40

**Attorneys**:

BELDOCK LEVINE & HOFFMAN

Jonathan C. Moore
David B. Rankin
Luna Droubi
Marc Arena
Deema Azizi
Rebecca Pattiz
Katherine "Q" Adams (admission pending)

99 Park Avenue, PH/26th Floor
New York, New York 10016
t: 212-490-0400
f: 212-277-5880
e:  jmoore@blhny.com
    drankin@blhny.com
    ldroubi@blhny.com
    marena@blhny.com
    dazizi@blhny.com
    rpattiz@blhny.com
    qadams@blhny.com

GIDEON ORION OLIVER

277 Broadway, Suite 1501
New York, NY  10007
t: 718-783-3682
f: 646-349-2914
e: Gideon@GideonLaw.com

COEHN&GREEN P.L.L.C.

Elena L. Cohen
J. Remy Green
Jessica Massimi

1639 Centre Street, Suite 216
Ridgewood (Queens), NY 11385

t: (929) 888-9480
f: (929) 888-9457
e: elena@femmelaw.com
　remy@femmelaw.com
　jessica@femmelaw.com

WYLIE STECKLOW PLLC

Wylie Stecklow PLLC
231 West 96th Street
Professional Suites 2B3
NYC NY 10025
t: 212 566 8000
e: Ecf@wylielaw.com