UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

In Re: New York City Policing During Summer 2020    No. 20 Civ. 8924 (CM)
Demonstrations.

This filing relates to: *all cases*

-------------------------------------------------------------------------x

     **PLEASE TAKE NOTICE** that upon the Declaration of Defense Counsel dated March 26, 2021, and the annexed exhibits thereto, the Memorandum of Law dated March 26, 2021, and upon all the papers and proceedings had herein, defendants City of New York, Mayor Bill de Blasio, Commissioner Dermot Shea, and Chief Terence Monahan will move this Court, before the Honorable Colleen McMahon, United States District Judge, at the United States Courthouse for the Southern District of New York, located at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, for a decision and order, pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Amended Complaints, and for such and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's order dated February 22, 2021, plaintiffs' opposition must be served on defendants on or before April 16, 2021; and defendants' reply, if any, must be served on or before April 30, 2021.

Dated: New York, New York
March 26, 2021

**GEORGIA M. PESTANA**
ACTING CORPORATION COUNSEL OF THE CITY OF NEW YORK
*Attorney for Defendants City, de Blasio, Shea, and Monahahn*
100 Church Street
New York, New York 10007
(212) 356-3523

By: _____

Brachah Goykadosh
*Senior Counsel*
Special Federal Litigation Division

No. 20 Civ. 8163 (CM)

| UNITED STATES DISTRICT COURT |
| SOUTHERN DISTRICT OF NEW YORK |

| In Re: New York City Policing During Summer 2020 Demonstrations |

| **NOTICE OF MOTION** |

**GEORGIA M. PESTANA**
ACTING CORPORATION COUNSEL OF THE CITY OF NEW YORK
*Attorney for Defendants*
100 Church Street
New York, New York 10007

Of Counsel: Brachah Goykadosh, Elissa Jacobs, Dara Weiss
Tel: (212) 356-3523

*Due and timely service is hereby admitted.*

*New York, New York  ..................................., 2021*

*.........................................................................Esq.*

*Attorney for ..............................................................*