**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations<br>_____ | 20-CV-8924 (CM) (GWG) |
| This filing is related to:<br><br>JARRETT PAYNE, et al. v. MAYOR BILL DE BLASIO, et al., 20-CV-8924 (CM) (GWG)<br><br>SAMIRA SIERRA, et al., individually and on behalf of all others similarly situated v. CITY OF NEW YORK, et al., 20-CV-10291 (CM) (GWG)<br><br>CHARLES HENRY WOOD v. CITY OF NEW YORK, et al., 20-CV-10541 (CM) (GWG)<br><br>PEOPLE OF THE STATE OF NEW YORK v. CITY OF NEW YORK, et al., 21-CV-322 (CM) (GWG)<br><br>AMANDA SOW, et al., individually and on behalf of all others similarly situated v. CITY OF NEW YORK, et al., 21-CV-533 (CM) (GWG)<br><br>YATES v. NEW YORK CITY, 21-CV-1904 (CM) (GWG) | |

**NOTICE OF APPEAL**

TO ALL PARTIES IN INTEREST (BY ECF):

PLEASE TAKE NOTICE THAT, the POLICE BENEVOLENT

ASSOCIATION OF THE CITY OF NEW YORK, INC. ("PBA") hereby appeals

to the United States Court of Appeals for the Second Circuit from the order of this

1

Court, entered on April 28, 2021, denying leave to the PBA to intervene as a party-

defendant in these cases.

Dated: May 19, 2021
        New York, New York

**LAW OFFICES OF ROBERT S. SMITH**


By**:** /s/ Robert S. Smith
        Robert S. Smith

7 Times Square, 28th floor
New York, N.Y. 10036
Tel.:  (917) 225-4190
Email:  robert.smith@rssmithlaw.com


        – and -


**SCHLAM STONE & DOLAN LLP**


By:  /s/ Richard H. Dolan
        Richard H. Dolan
        Thomas A. Kissane

26 Broadway, 19th Floor
New York NY 10004
Tel.:  (212) 344-5400
Fax:   (212) 344-7677
Email:  rdolan@schlamstone.com
Email:  tkissane@schlamstone.com

*Attorneys for Proposed Intervenor-Appellant*
*Police Benevolent Association of the City of*
*New York, Inc.*

MICHAEL T. MURRAY
Office of the General Counsel
Police Benevolent Association of the
City of New York, Inc.
125 Broad Street, 11th Floor
New York, NY 10004

Gaurav I. Shah,
    Associate General Counsel

Tel: (212) 298-9144
Email:      mmurray@nycpba.org
                gshah@nycpba.org

*Of Counsel*