AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| ADAMA SOW et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-cv-0533 |
| CITY OF NEW YORK et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor-Defendant the Police Benevolent Association of the City of New York, Inc.

Date: 06/03/2022

/s/Robert S. Smith
*Attorney's signature*

Robert S. Smith; 1251669
*Printed name and bar number*

Law Offices of Robert S. Smith
7 Times Square, 28th Floor
New York, NY 10036
*Address*

robert.smith@rssmithlaw.com
*E-mail address*

(917) 225-4190
*Telephone number*

*FAX number*