UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADAMA SOW, DAVID JAKLEVIC, ALEXANDRA DE MUCHA PINO, OSCAR RIOS, BARBARA ROSS, MATTHEW BREDDER, SABRINA ZURKUHLEN, MARIA SALAZAR, DARA PLUCHINO, and SAVITRI DURKEE, on behalf of themselves and others similarly situated,

                Plaintiffs,

v.

CITY OF NEW YORK; MAYOR BILL DE BLASIO; NEW YORK CITY POLICE DEPARTMENT COMMISSIONER DERMOT SHEA, NEW YORK CITY POLICE DEPARTMENT CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD DETECTIVE EDWARD CARRASCO (SHIELD NO. 1567); NYPD OFFICER TALHA AHMAD (SHIELD NO. 21358); NYPD OFFICER KEVIN AGRO (SHIELD NO. 8054); NYPD OFFICERS JOHN and JANE DOES # 1- 40,

                Defendants.

No. 21-cv-00533-CM

**MOTION TO WITHDRAW**

---

**PLEASE TAKE NOTICE** that Rebecca L. Pattiz hereby withdraws as counsel of record for Plaintiffs Adama Sow et al. As of March 18, 2022, I am no longer associated with Beldock Levine & Hoffman LLP. I am neither retaining nor charging a lien in this matter. Plaintiffs continue to be represented in this matter by the other counsel of record at Beldock Levine & Hoffman LLP. I respectfully request that my name and email address be removed from the official docket.

        Respectfully submitted,


By: /s/ *Rebecca L. Pattiz*
    **OUTTEN & GOLDEN LLP**
    Rebecca L. Pattiz
    685 Third Avenue, 25th Floor
    New York, NY 10017
    212-245-1000
    Email: rpattiz@outtengolden.com

*Attorney for Plaintiffs*

**SO ORDERED.**
Dated: _____, 2022

        Hon. Colleen McMahon
        United States District Judge

**CERTIFICATE OF SERVICE**

  I, Rebecca L. Pattiz, hereby certify that on this 21st day of July, 2022, a true and correct copy of the foregoing MOTION TO WITHDRAW was served upon all counsel of record via the CM/ECF system.

              /s/ *Rebecca L. Pattiz*
              Rebecca L. Pattiz