UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAMA SOW, DAVID JAKLEVIC, ALEXANDRA DE MUCHA PINO, OSCAR RIOS, BARBARA ROSS, MATTHEW BREDDER, SABRINA ZURKUHLEN, MARIA SALAZAR, DARA PLUCHINO, and SAVITRI DURKEE, on behalf of themselves and others similarly situated,<br><br>                         Plaintiffs,<br><br>- against -<br><br>CITY OF NEW YORK; MAYOR BILL DE BLASIO; NEW YORK CITY POLICE DEPARTMENT COMMISSIONER DERMOT SHEA; NEW YORK CITY POLICE DEPARTMENT CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD DETECTIVE EDWARD CARRASCO (SHIELD NO. 1567); NYPD OFFICER TALHA AHMAD (SHIELD NO. 21358); NYPD OFFICER KEVIN AGRO (SHIELD NO. 8054); and NYPD OFFICERS JOHN and JANE DOES # 1- 40,<br><br>                         Defendants. | 21-CV-533 (CM) (GWG) |

**PLEASE TAKE NOTICE** that upon the declaration of Jonathan C. Moore of Beldock Levine & Hoffman, LLP, sworn to on July 19, 2023, and the accompanying Memorandum of Law, the Plaintiffs respectfully move this Court located at 500 Pearl Street, New York, NY 10007 at a time of the Court's convenience for an Order:

(1) preliminarily approving the proposed settlement terms as reflected in the parties' Stipulation of Settlement and Order;

(2) conditionally certifying the proposed class for settlement purposes pursuant to Fed. R. Civ. P. 23(c) and 23(e);

(3) appointing Beldock Levine & Hoffman LLP, Cohen Green PLLC, Gideon Orion

Oliver, Esq., Wylie Stecklow PLLC, and Masai Lord, Esq. as Class Counsel;

(4) approving the proposed class settlement notice procedure as reflected in the parties' Stipulation of Settlement and Order;

(5) appointing Rust Consulting, Inc. as Class Administrator; and

(6) granting any other relief the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Defendants do not oppose this motion.

Dated: July 19, 2023
  New York, New York

**BELDOCK LEVINE & HOFFMAN LLP**

By: _____
  Jonathan C. Moore
  David B. Rankin
  Luna Droubi
  Marc Arena
  Deema Azizi
  Katherine "Q" Adams
  Regina Powers
  Keegan Stephan

99 Park Avenue, PH/26th Floor
New York, NY 10016
    t: 212-490-0400
    f: 212-277-5880
    e: jmoore@blhny.com
       drankin@blhny.com
       ldroubi@blhny.com
       marena@blhny.com
       dazizi@blhny.com
       qadams@blhny.com
       rpowers@blhny.com
       kstephan@blhny.com

**WYLIE STECKLOW PLLC**

_____
By: Wylie Stecklow
Wylie Stecklow PLLC
Carnegie Hall Tower
152 W. 57th Street, 8th Floor
NY NY10019
(t) 212 566 8000 x3
(f) 212 202 4952
Ecf@wylielaw.com

**GIDEON ORION OLIVER**

_____
277 Broadway, Suite 1501
New York, NY 10007
t: 718-783-3682
f: 646-349-2914
Gideon@GideonLaw.com

**COHEN&GREEN P.L.L.C.**

By: _____
  Elena L. Cohen
  J. Remy Green
  Jessica Massimi

1639 Centre Street, Suite 216
Ridgewood (Queens), NY 11385
    t: (929) 888-9480
    f: (929) 888-9457
    e: elena@femmelaw.com
       remy@femmelaw.com
       jessica@femmelaw.com

**LORD LAW GROUP PLLC**

_____
Masai I. Lord
14 Wall St., Ste 1603
New York, NY 10005
P: 718-701-1002
E: lord@nycivilrights.nyc

3