# Exhibit 3



































