# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
(JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF: 8443.01

WRITER'S DIRECT DIAL:
212-277-5825

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/2023

**VIA ECF**

July 26, 2023

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

7/27/2023 Please see my order of yesterday. Please note of it.

Re: *Sow et al. v. City Of New York et al.*
Index No. 21-cv-00533 (CM)(GWG)

*In re: New York City Policing During Summer 2020 Demonstrations*,
Index No. 20-cv-8924 (CM) (GWG)

Your Honor:

We are counsel to the *Sow* Plaintiffs. We write to supplement the Unopposed Motion for Preliminary Approval of a Class Action Settlement. We write pursuant to Your Honor's Order of July 20, 2023.

Please find attached Exhibit A, which is the proposed 'Long Form Notice;' Exhibit B, which is the proposed 'Short Form Notice;' and Exhibit C, which is the proposed 'Claim Form.' There descriptions were provided in the Declaration of Jonathan Moore which was filed on July 19, 2023 (Dkt No. 167).

With these materials, the Court is now in possession of all necessary papers to review and decide Plaintiffs' Unopposed Motion for Preliminary Approval of a Class Acton Settlement in this case.

BELDOCK LEVINE & HOFFMAN LLP

Hon. Colleen McMahon
July 26, 2023
Page 2

We thank the Court for its consideration of this matter.

Respectfully submitted,

**BELDOCK LEVINE & HOFFMAN LLP**

By: _____
Jonathan C. Moore
David B. Rankin
Luna Droubi
Marc Arena
Deema Azizi
Katherine "Q" Adams
Regina Powers

99 Park Avenue, PH/26th Floor
New York, NY 10016
   t: 212-490-0400
   f: 212-277-5880
   e: jmoore@blhny.com
      drankin@blhny.com
      ldroubi@blhny.com
      marena@blhny.com
      dazizi@blhny.com
      qadams@blhny.com
      rpowers@blhny.com

**WYLIE STECKLOW PLLC**

By: Wylie Stecklow
Wylie Stecklow PLLC
Carnegie Hall Tower
152 W. 57th Street, 8th FLoor
New York, NY10019
(t) 212 566 8000 x3
(f) 212 202 4952
Ecf@wylielaw.com

**GIDEON ORION OLIVER**

_____
277 Broadway, Suite 1501
New York, NY 10007
t: 718-783-3682
f: 646-349-2914
Gideon@GideonLaw.com

**COHEN&GREEN P.L.L.C.**

By: _____
Elena L. Cohen
J. Remy Green
Jessica Massimi

1639 Centre Street, Suite 216
Ridgewood (Queens), NY 11385
   t: (929) 888-9480
   f: (929) 888-9457
   e: elena@femmelaw.com
      remy@femmelaw.com
      jessica@femmelaw.com

**LORD LAW GROUP PLLC**

_____
Masai I. Lord
14 Wall St., Ste 1603
New York, NY 10005
P: 718-701-1002
E: lord@nycivilrights.nyc

BELDOCK LEVINE & HOFFMAN LLP

Hon. Colleen McMahon
July 26, 2023
Page 3

cc:     All Counsel (by ECF)