

August 3, 2023

Hon. Colleen McMahon
United States District Court
Southern District of New
York 500 Pearl Street
New York, New York 10007

By Electronic Filing

  **Re:** *Sow et al. v. City Of New York et al.*
    No. 21-cv-00533 (CM)(GWG)

Your Honor:

  As counsel for the Plaintiffs and the putative class in the *Sow et al. . v. City Of New York et al.* case, we write jointly with Defendants (pursuant to the Court's July 27, 2023 Order) to submit a proposed Order with a proposed detailed timeline of dates for the events that must occur to effectuate this settlement. (Dkt. 171).

  The parties acknowledge that this Court's July 27th Order set November 3, 2023, a little over three months from the date this Court granted preliminary approval of the settlement, as the Final Hearing Date. By way of reference, the class settlement approved by this Court in *Sierra/Wood,* which involved a class almost one-fifth the size of the class in this case, allotted almost eight months from the date of preliminary approval to the Final Hearing Date. Under the circumstances, setting the Final Hearing Date for February 22, 2024, or a later date convenient to the Court, is both necessary and reasonable for the parties to accomplish all the milestones set out in the proposed timeline submitted with this letter.

  The Sow class involves approximately 1,380 people arrested at 18 separate locations over the course of eight (8) days, in the summer of 2020. It is crucial that we have a claim period long enough to provide adequate notice to class members. While we have the identities of the majority of class members, some are not yet identified. Counsel are requesting a Final Hearing Date of February 22, 2024, to allow sufficient time to publish notice repeatedly over a period of time and for class members to self-identify. The parties will then need to verify these individuals, a process which can be very time consuming.

  Further, even for those class members who are currently identified, the parties will need the requested amount of time to contact these known class members for additional information which may be presently missing. Ascertaining complete and deliverable addresses will therefore be a multiple step process.

  For all of these reasons, the parties believe that a schedule based on a Final Hearing Date on or after February 22, 2024 as set forth in the accompanying proposed timeline is the most



reasonable proposed schedule to set in this case.

The parties thank for the Court for its consideration.

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
</table>

| **BELDOCK LEVINE & HOFFMAN LLP** | **GIDEON ORION OLIVER** |
|---|---|

By: _____
    Jonathan C. Moore
    David B. Rankin
    Luna Droubi
    Marc Arena
    Deema Azizi
    Rebecca Pattiz
    Katherine "Q" Adams
    Regina Powers

99 Park Avenue, PH/26th Floor
New York, New York 10016
    t: 212-490-0400
    f: 212-277-5880
    e: jmoore@blhny.com
       drankin@blhny.com
       ldroubi@blhny.com
       marena@blhny.com
       dazizi@blhny.com
       rpattiz@blhny.com
       qadams@blhny.com
       rpowers@blhny.com

277 Broadway, Suite 1501
New York, NY 10007
t: 718-783-3682
f: 646-349-2914
Gideon@GideonLaw.com

**COHEN&GREEN P.L.L.C.**

By: _____
Elena L. Cohen
J. Remy Green
Jessica Massimi

1639 Centre Street, Suite 216
Ridgewood (Queens), NY 11385
    t: (929) 888-9480
    f: (929) 888-9457

**WYLIE STECKLOW PLLC**



By: Wylie Stecklow
Wylie Stecklow PLLC
Carnegie Hall Tower
152 W. 57th Street, 8th Floor
NYC NY 10019
t: 212 566 8000
Ecf@wylielaw.com

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com