

August 22, 2023

Hon. Colleen McMahon
United States District Court
Southern District of New
York 500 Pearl Street
New York, New York 10007

By Electronic Filing

  **Re:** *Sow et al. v. City Of New York et al.*
    No. 21-cv-00533 (CM)(GWG)

Your Honor:

  As counsel for the Plaintiffs and the putative class in the *Sow et al. . v. City Of New York et al.* case, we write jointly with the Defendants to submit an Amended Stipulation of Settlement and Order (the "Stipulation"), notices and claim form in the above captioned case. There have been the following corrections:

  First, we have edited some language in the Stipulation describing the class that makes clear that this class action settlement includes only people who were arrested.

  Second, we edited the Stipulation to clarify, in light of the clearly defined definition of the proposed class in this case, that plaintiff Barbara Ross will no longer be considered a class member or a class representative and will not be entitled to any payments based on her former putative status as such. The amended Stipulation was also edited to reflect that her claims are resolved by settlement instead.

  Third, we inserted into the body of the Stipulation the schedule so-ordered by the Court on August 4, 2023 (Dkt. 174), rather than keep it as a separate document.

  Finally, for the notices to class members and the claim form, we have filled in the dates which were previously left blank, including the date for the Fairness Hearing, February 22, 2024, and the location, which we believe to be 500 Pearl Street, Courtroom 24A. We have also modified these documents to match the revised class definition in the amended Stipulation.

  Again, we appreciate your patience on this matter and would also appreciate prompt so-ordering of the Amended Stipulation of Settlement and Order so that we can send the class notices out as contemplated by the stipulation.

            Respectfully submitted,

            /s/
            _____



Elena L. Cohen
Cohen&Green P.L.L.C.
*Co-counsel for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com