Sow v. City of New York Settlement – 8364
PO Box 2599
Faribault, MN 55021-9599

**IMPORTANT LEGAL MATERIALS**

*<<name1>>*
*<<name2>>*
*<<addr1>>*
*<<addr2>>*
*<<city>>, <<st>>*
*<<zip>>*

# CLAIM FORM

*ADAMA SOW, DAVID JAKLEVIC, ALEXANDRA DE MUCHA PINO, OSCAR RIOS, BARBARA ROSS, MATTHEW BREDDER, SABRINA ZURKUHLEN, MARIA SALAZAR, DARA PLUCHINO, and SAVITRI DURKEE v. THE CITY OF NEW YORK ET AL.*, No. 21-cv-00533 (CM)(GWG)

**TO BE ELIGIBLE TO RECEIVE MONEY AS PART OF THIS CLASS SETTLEMENT YOU MUST SUBMIT THIS CLAIM FORM BY DECEMBER 22, 2023. YOU MUST FULLY COMPLETE AND SIGN THIS FORM TO BE ELIGIBLE**

YOU CAN SUBMIT THIS FORM BY MAIL, AND IT MUST BE POSTMARKED BY DECEMBER 22, 2023. YOU CAN ALSO SUBMIT THIS FORM ONLINE AT WWW.NYC2020PROTESTSETTLEMENT.COM, AND IT MUST BE SUBMITTED BY DECEMBER 22, 2023.

1. Full Name: _____
           First Name      Middle Name      Last Name

2. Street Address: _____

   Apt. No. _____

   City: _____ State: _____ Zip Code: _____

3. Telephone Number: (____) _____-_____

4. E-Mail Address: _____

5. Date of Birth: _____/_____/_____
           Month    Day    Year

6. Social Security Number **or** I-TIN (if any):

   SSN _____-__-_____      I-TIN: ___-_____

**Check here if you do not have a Social Security Number or I-TIN.**[1] ☐

---

[1] A Social Security Number or I-TIN is not required to submit your Claim, but sufficient proof of your identity will be required before your Claim is paid.

7.     Medicare Number (if any): _____

**Check here if you do not have a Medicare Number.** ☐

**Verification & Release:**

- I was arrested, or arrested and subjected to force, by NYPD officers during the "George Floyd protests" in New York City during the Summer of 2020 at one of the Settlement Dates and Locations, specifically on _____ at _____.

- By signing this form, I agree that the U.S. District Court for the Southern District of New York has the authority to rule on my claim for payment as part of the Settlement Class, and that the Court shall maintain jurisdiction of this matter for the purposes of enforcing the settlement and Release, and that the Court has the power to enforce the Release described below as described below.

- I also understand that the Court may allow the City of New York to access information related to my arrest referenced above, including, but not limited to, New York City Police Department records.

- In consideration for the payment described in the Amended Stipulation of Settlement and Order, and the Notice accompanying this form, I release and discharge all defendants and any of their respective affiliates, subsidiaries, parents, successors and predecessors, officers, directors, agents, employees, attorneys, advisors and insure, present or former employees and agents of the City of New York, from any and all liability, claims, and rights of action alleging a violation of my civil rights and any and all related state law claims arising out of the following protest dates and protest locations and allege any of the Released Claims described below: May 28, 2020 Lafayette to City Hall; May 28, 2020 Union Square; May 29, 2020 Barclays Center area; May 30, 2020 East Flatbush/the Barclays Center area; May 30, 2020 Harlem/ West Side Highway; May 30, 2020 Union Square to FDR Drive; May 30, 2020 City Hall to over the Brooklyn Bridge; May 31, 2020 Union Square; June 1, 2020 Barclays Center area; June 1, 2020 Midtown Manhattan; June 2, 2020 Foley Square to Central Park; June 2, 2020 Union Square and Astor Place; June 2, 2020 Near and on West Side Highway; June 2, 2020 Chelsea; June 3, 2020 Cadman Plaza; June 3, 2020 Upper East Side; June 4, 2020 McCarren Park; and June 4, 2020 Clinton Hill ("Settlement Dates and Locations")[2] as referenced above. This includes, but is not limited to, claims for physical injury, emotional distress, loss of liberty, or excessive detention, and/or any other damages including, but not limited to, damages arising from claims of unlawful seizure/false arrest, excessive force, malicious prosecution, delayed or excessive detention, violation of the First Amendment, First Amendment retaliation, violation of due process, violation of equal protection and selective enforcement, municipal liability, illegal search under New York State Law, 42 U.S.C. § 1983, and any other applicable federal, state claims (including state law false arrest and false imprisonment, assault and battery, conversion, excessive detention, denial of medical attention, intentional or negligent infliction of emotional distress, negligent hiring, screening, retention, training, supervision, and discipline, and excessive detention), or local statutes, common law, or regulation.

- By signing this form, I declare under penalty of perjury under the laws of the United States that the information on this form is true and correct to the best of my knowledge, belief and recollection.  <u>Your claim will not be valid if this form is not signed by you</u>.

Date: _____

_____
    Signature

_____
    Printed Name

---

[2] For the exact parameters bordering each of the locations, visit www.NYC2020ProtestSettlement.com