UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

# If you were arrested, or arrested and subjected to force, by NYPD officers during the "George Floyd protests" at one of the Settlement Dates and Locations, *YOU MAY BE ENTITLED TO COMPENSATION*.

# You must file a claim by December 22, 2023 to be included in this Class Action settlement.
# Visit www.NYC2020ProtestSettlement.com for more information.

## 1. What is this lawsuit about? Am I included?

- This lawsuit is about police action that took place at certain dates and locations during the "George Floyd protest" in New York City in the Summer of 2020.

- If you were arrested, or arrested and subjected to force, by NYPD officers during the "George Floyd protests" at the following protest dates and protest locations and allege any of the Released Claims: May 28, 2020 Lafayette to City Hall; May 28, 2020 Union Square; May 29, 2020 Barclays Center area; May 30, 2020 East Flatbush/the Barclays Center area; May 30, 2020 Harlem/ West Side Highway; May 30, 2020 Union Square to FDR Drive; May 30, 2020 City Hall to over the Brooklyn Bridge; May 31, 2020 Union Square; June 1, 2020 Barclays Center area; June 1, 2020 Midtown Manhattan; June 2, 2020 Foley Square to Central Park; June 2, 2020 Union Square and Astor Place; June 2, 2020 Near and on West Side Highway; June 2, 2020 Chelsea; June 3, 2020 Cadman Plaza; June 3, 2020 Upper East Side; June 4, 2020 McCarren Park; and June 4, 2020 Clinton Hill ("**Settlement Dates and Locations**"), you may be entitled to money as a Settlement Class Member.[1]

## 2. What does the Settlement provide?

- Under the terms of the Settlement, the City of New York has agreed to pay to each class member who timely files a valid claim form a payment of approximately $9,950.00 (Nine Thousand, Nine Hundred and Fifty Dollars) subject to certain limitations. These amounts will be paid from a Class Fund of $13,731,000.00 (Thirteen Million, Seven Hundred and Thirty-One Thousand Dollars).

- By filing a Claim Form and accepting payment of the Settlement, you give up your right to bring any claim arising from your arrest, the use of force, or any other claim based on the events that took place at the Settlement Dates and Locations.

## 3. How do I get money from the Settlement?

- To be eligible for any payment, you must submit a signed Claim Form online or by mail by December 22, 2023. Your claim will not be valid if this form is not signed by you.

- To get a Claim Form, visit www.NYC2020ProtestSettlement.com or contact the Claims Administrator, Rust Consulting, at the phone number or address below.

- In assessing the validity of your claim, Class Counsel or the Claims Administrator may ask you to provide documentation of your identity and/or substantive, objective evidence clearly demonstrating that you are eligible to be a class member.

---

[1] For the exact parameters bordering each of the locations, visit www.NYC2020ProtestSettlement.com

| 4. | What are my rights and options in this Settlement? |
|---|---|

| | | |
|---|---|---|
| Submit a Claim Form | By submitting a Claim Form, you give up your legal right to pursue further claims from the events described above. **This is the only way to be paid from this Settlement.** | A Claim Form must be mailed and postmarked or filed online by: December 22, 2023 |
| Opt Out of the Settlement | Get no payment from the Settlement. This option allows you to be part of a separate lawsuit against the Defendants about the claims in this case. | An opt-out statement must be mailed and postmarked or filed online by: December 22, 2023 |
| Object to the Settlement | Remain a Class Member but write to the Court about why you don't agree with the Settlement. **You must still submit a Claim Form by December 22, 2023.** | An objection must be filed by December 22, 2023 with the U.S. District Court, 500 Pearl Street, NY, NY 10007 |
| Go to the Fairness Hearing | You or your own lawyer may appear and speak at the hearing at your own expense. **You must still submit a Claim Form by December 22, 2023** | Attend the hearing on February 22, 2024 at: U.S. District Court, 500 Pearl Street, Courtroom 24A, New York, NY |
| Do Nothing | Get no payment and give up all rights to sue the City or other Defendants after July 27, 2023 concerning the events described above. | N/A |

*This is only a summary of the proposed Settlement.*

**For more information about the settlement, and to submit a Claim Form, visit www.NYC2020ProtestSettlement.com.
You can also contact Rust Consulting at 1-833-915-1147, or write to Sow v. City of New York Settlement, PO Box 2599, Faribault, MN 55021-9599.
Claims will be processed by the Claims Administrator, Rust Consulting. Do not contact the Court or Defendants**.