UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

ADAMA SOW, DAVID JAKLEVIC, ALEXANDRA DE MUCHA PINO, OSCAR RIOS, BARBARA ROSS, MATTHEW BREDDER, SABRINA ZURKUHLEN, MARIA SALAZAR, DARA PLUCHINO, and SAVITRI DURKEE, *on behalf of themselves and others similarly situated*,

Plaintiffs,

- against -

CITY OF NEW YORK; MAYOR BILL DE BLASIO; NEW YORK CITY POLICE DEPARTMENT COMMISSIONER DERMOT SHEA; NEW YORK CITY POLICE DEPARTMENT CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD DETECTIVE EDWARD CARRASCO (SHIELD NO. 1567); NYPD OFFICER TALHA AHMAD (SHIELD NO. 21358); NYPD OFFICER KEVIN AGRO (SHIELD NO. 8054); and NYPD OFFICERS JOHN and JANE DOES # 1- 40,

Defendants.

---------------------------------------------------------------- X

21 Civ. 0533 (CM)(GWG)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/2023

### ORDER MODIFYING THE SETTLEMENT STIPULATION

WHEREAS, on July 27, 2023, the Court so-ordered the Stipulation of Settlement and Order dated July 19, 2023 ("Settlement Stipulation") (Dkt. 171) which sets forth the terms and conditions for a proposed class settlement, granted preliminary approval of the proposed Class Action Settlement, and appointed Rust Consulting, Inc. as Claims Administrator; and

WHEREAS, some deadlines necessary for the administration of the settlement were not included in the Settlement Stipulation; and

WHEREAS, the Settlement Stipulation, and the administration of the class action settlement, require dates for events that must occur;

NOW, THE FOLLOWING SCHEDULE IS HEREBY STIPULATED, ORDERED, ADJUDGED AND DECREED:

| EVENT | DATE |
|---|---|
| Preliminary Approval Order granted | July 27, 2023 |
| City to pay the Claims Administrator 50% of the costs necessary to fulfill the Proposed Notice Plan, as set forth in paragraph 45 of the Stipulation of Settlement and Order ("Settlement Stip.") | August 11, 2023 (*within 15 days of Preliminary Approval*) |
| Parties to provide Claims Administrator with necessary information concerning Class Members (Settlement Stip. ¶ 52) | August 11, 2023 (*within 15 days of Preliminary Approval*) |
| Claims Administrator to notify Class Members by mail (Settlement Stip. ¶ 57) | September 11, 2023 (*within 45 days of Preliminary Approval*) |
| Claims Administrator to provide the Parties with a list of Claims received to date (Settlement Stip. ¶ 64) | Every 30 days after September 11, 2023, the date Claims Packages are sent |
| Claims Administrator to re-send Claim Package to the newly ascertained address for any class member where the address provided by the parties is no longer valid; if no updated address is ascertained, Claims Administrator re-mails to last known address (Settlement Stip. ¶ 58) | Within 30 days of receiving the newly ascertained address or receiving no updated address from the skip trace |
| If the City identifies any Claims Form(s) that it believes should be rejected, parties to confer and attempt to reach agreement (Settlement Stip. ¶ 65) | Within 15 days after the City provides Class Counsel with written notice and reasons for rejecting the Claim Form(s) |
| Bar Date (i.e., deadline to submit Claims Forms, Opt Outs, and objections) | December 22, 2023 (*148 days from Preliminary Approval*) |
| Class Administrator sends notice to Class Members who by the Bar Date submit partially completed Claim Forms that are deficient to validate their Claim Forms (Settlement Stip. ¶ 67) | Within 21 days of when Class Administrator sends deficiency notice |
| Class Counsel to make Application seeking Court approval of Attorneys' Fees and Costs | February 8, 2024 (*14 days before the Fairness/Final Approval Hearing*) |
| Claims Administrator to provide to the Parties a list of Class Members for whom Claim Packages were returned as undeliverable and for whom efforts to obtain an alternative address failed (Settlement Stip. ¶ 60) | February 8, 2024 (*at least 14 days before the Fairness/Final Approval Hearing*) |
| Plaintiffs to file Motion for Final Approval of Settlement | February 8, 2024 (*14 days before the Fairness/Final Approval Hearing*) |
| Class Counsel to file with the Court a declaration confirming that Notice was provided consistent with the Settlement Stipulation and the Preliminary Approval Order | February 15, 2024 (*at least 7 days before the Fairness/Final Approval Hearing*) |
| Fairness/Final Approval Hearing | February 22, 2024 or Date Convenient to the Court after February 22, 2024 |

| Final Approval Order | TBD ("Final Approval Date") |
|---|---|
| Administrator provides to the City the tax ID number, a completed W-9 Form, and the routing and account information for the bank account to deposit the Class Funds (Settlement Stip. ¶ 55) | Within 21 Days After Final Approval Date |
| Effective Date for Payment (City to deposit the Class Fund into a bank account designated by the Claims Administrator) (Settlement Stip. ¶ 46) | 45 Days After Final Approval Date |
| Claims Administrator to start paying all valid Claims Awards | Within 30 days of the Receipt of the Total Class Fund from the City |
| Claims Administrator may void uncashed checks mailed to eligible Class Members (Settlement Stip. ¶ 70) | After 120 days of check issuance |
| Payment by the City of the Class Representatives service awards and/or Settlement Amounts for named Plaintiffs (Settlement Stip. ¶ 44) | 90 Days After the Final Approval Date |
| Payment by the City of attorneys' fees and costs (Settlement Stip. ¶ 84) | 90 Days after a Court order concerning attorneys' fees and costs, or any appeal thereof |
| Any funds remaining in the Class Fund after award payments to eligible Class Members reverts to the City (Settlement Stip. ¶ 48) | One year after the Effective Date for Payment |

Date:   August 3, 2023
        New York, New York

**COHEN&GREEN P.L.L.C.**

By: _____
Elena L. Cohen
J. Remy Green
Jessica Massimi

1639 Centre Street, Suite 216
Ridgewood (Queens), NY 11385
  t: (929) 888-9480
  f: (929) 888-9457
  e: elena@femmelaw.com
    remy@femmelaw.com
    jessica@femmelaw.com

**GIDEON ORION OLIVER**

_____
277 Broadway, Suite 1501
New York, NY  10007
t: 718-783-3682
f: 646-349-2914
Gideon@GideonLaw.com

**WYLIE STECKLOW PLLC**

_____
By: Wylie Stecklow
Wylie Stecklow PLLC
Carnegie Hall Tower
152 W. 57th Street, 8th Floor
NYC NY 10019
t: 212 566 8000
Ecf@wylielaw.com

**BELDOCK LEVINE & HOFFMAN LLP**

By: _____
Jonathan C. Moore
David B. Rankin
Luna Droubi

4

Marc Arena
Deema Azizi
Katherine "Q" Adams
Regina Powers

99 Park Avenue, PH/26th Floor
New York, New York 10016
    t: 212-490-0400
    f: 212-277-5880
    e:  jmoore@blhny.com
       drankin@blhny.com
       ldroubi@blhny.com
       marena@blhny.com
       dazizi@blhny.com
       qadams@blhny.com
       rpowers@blhny.com

*Attorneys for Defendants*
HON. SYLVIA O. HINES-RADIX
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007

By: *Jenny Weng*

Jenny Weng
Omar Siddiqi
Genevieve Nelson

SO ORDERED

*[signature]*

HON. COLLEEN MCMAHON
Dated: 9/8/2023