**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1581
(212) 805-6325

CHAMBERS OF
COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/2023

TO ALL COUNSEL IN: *Adama Sow, et al., v. City of New York, et al.,* 21 civ. 533 (CM)

FROM: Judge McMahon

RE: Fairness Hearing

DATE: December 12, 2023

---

Counsel:

The Fairness Hearing in the above-captioned case has been scheduled for Thursday, February 22, 2024 at 10:00 a.m., before the Honorable Colleen McMahon, United States District Judge in Courtroom 24A, U. S. District Court, 500 Pearl Street, New York, New York 10007. Any scheduling difficulties must be brought to the attention of the Court in writing.

*Colleen McMahon*
U.S.D.J.

BY ECF TO ALL COUNSEL