UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

ADAMA SOW, DAVID JAKLEVIC, ALEXANDRA DE MUCHA PINO, OSCAR RIOS, BARBARA ROSS, MATTHEW BREDDER, SABRINA ZURKUHLEN, MARIA SALAZAR, DARA PLUCHINO, and SAVITRI DURKEE, *on behalf of themselves and others similarly situated,*

          Plaintiffs,

 - against -

CITY OF NEW YORK; MAYOR BILL DE BLASIO; NEW YORK CITY POLICE DEPARTMENT COMMISSIONER DERMOT SHEA; NEW YORK CITY POLICE DEPARTMENT CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD DETECTIVE EDWARD CARRASCO (SHIELD NO. 1567); NYPD OFFICER TALHA AHMAD (SHIELD NO. 21358); NYPD OFFICER KEVIN AGRO (SHIELD NO. 8054); and NYPD OFFICERS JOHN and JANE DOES # 1- 40,

          Defendants.

------------------------------------------------------------------ X

No. 21-cv-00533 (CM)(GWG)

**NOTICE OF UNOPPOSED MOTION FOR FINAL SETTLEMENT APPROVAL**

  **PLEASE TAKE NOTICE** that, upon the Declaration of Elena L. Cohen in Support of Unopposed Motion for Final Settlement Approval, dated February 8, 2024, and exhibit thereto; the Declaration of Milan Mader of Rust Consulting, Inc., dated February 8, 2024; and the accompanying Memorandum of Law, Plaintiffs respectfully move this Court for an order:

  (1) granting final approval to class-wide settlement (Dkt. No. 171, amended by Dkt. Nos. 174, 176, 180 ("Preliminary Approval Orders"));

  (2) certifying the class for settlement purposes under Rule 23(b)(3);

  (3) finding that the notice to the class was materially consistent with the Court's Preliminary Approval Orders;

(4) approving service awards of $9,950.00 each to Class Representatives David Jaklevic, Alexandra de Mucha Pino, Oscar Rios, Sabrina Zurkuhlen, and Maria Salazar;

(5) approving the individual settlements of Plaintiffs Adama Sow, Dara Pluchino, Savitri Durkee, Barbara Ross and Matthew Bredder;

(6) approving payment of $5,850,000.00 for Class Counsel's attorneys' fees and costs through June 15, 2023 (the date included in the Class Notice); and

(7) granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Defendants do not oppose this motion.

Dated: February 8, 2024
New York, New York

Respectfully submitted,

**BELDOCK LEVINE & HOFFMAN LLP**

By: _____
Jonathan C. Moore
David B. Rankin
Luna Droubi
Marc Arena
Deema Azizi
Regina Powers
Keegan Stephan

99 Park Avenue, PH/26th Floor
New York, New York 10016
  t: 212-490-0400
  f: 212-277-5880
  e: jmoore@blhny.com
    drankin@blhny.com
    ldroubi@blhny.com
    marena@blhny.com
    dazizi@blhny.com
    rpowers@blhny.com
    kstephan@blhny.com

**GIDEON ORION OLIVER**

_____
277 Broadway, Suite 1501
New York, NY  10007
t: 718-783-3682
f: 646-349-2914
Gideon@GideonLaw.com

**COHEN&GREEN P.L.L.C.**

By:_____
Elena L. Cohen
J. Remy Green
Jessica Massimi

1639 Centre Street, Suite 216
Ridgewood (Queens), NY 11385
  t: (929) 888-9480
  f: (929) 888-9457
  e: elena@femmelaw.com
    remy@femmelaw.com
    jessica@femmelaw.com

| | |
|---|---|
| **WYLIE STECKLOW PLLC** | **LORD LAW GROUP PLLC** |
| *[signature]* | *[signature]* |
| By: Wylie Stecklow | Masai I. Lord |
| Wylie Stecklow PLLC | 14 Wall St., Ste 1603 |
| Carnegie Hall Tower | New York, NY 10005 |
| 152 W. 57th Street, 8th Floor | P: 718-701-1002 |
| NY NY10019 | E: lord@nycivilrights.nyc |
| (t) 212 566 8000 x3 | |
| (f) 212 202 4952 | |
| Ecf@wylielaw.com | |

3