

February 28, 2024

Hon. Colleen McMahon
United States District Court
Southern District of New
York 500 Pearl Street
New York, New York 10007

By Electronic Filing

      **Re:**  *Sow et al. v. City Of New York et al.*
              No. 21-cv-00533 (CM)(GWG)

Your Honor:

    As counsel for the Plaintiffs and the class in the *Sow et al. . v. City Of New York et al.* case, we write jointly with the Defendants to submit an Amended Proposed Order Granting Plaintiffs' Motion for Final Approval of a Class Action Settlement in the above captioned case. There have been the following corrections:

    First, we have corrected a typographical error in Paragraph 10. The total award payment to each class member should read "Nine Thousand Nine Hundred and Fifty Dollars", not "Nine Thousand Five Hundred Dollars."

    Second, we edited Paragraph 17 to make explicit that a portion of the attorneys' fees will be paid through the funding of annuities.

                                      Respectfully submitted,

                                      /s/
                                  _____

                                  Elena L. Cohen
                                  Cohen&Green P.L.L.C.
                                  *Co-counsel for Plaintiffs*
                                  1639 Centre St., Suite 216
                                  Ridgewood, New York 11385