UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X

In Re: New York City Policing During Summer 2020 Demonstrations

20-cv-8924 (CM)(GWG)

------------------------------------------------

This filing is related to:

ADAMA SOW, DAVID JAKLEVIC, ALEXANDRA DE MUCHA PINO, OSCAR RIOS, BARBARA ROSS, MATTHEW BREDDER, SABRINA ZURKUHLEN, MARIA SALAZAR, DARA PLUCHINO, and SAVITRI DURKEE, *on behalf of themselves and others similarly situated*,

    Plaintiffs,

    - against -

21-cv-00533 (CM)(GWG)

CITY OF NEW YORK; MAYOR BILL DE BLASIO; NEW YORK CITY POLICE DEPARTMENT COMMISSIONER DERMOT SHEA; NEW YORK CITY POLICE DEPARTMENT CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD DETECTIVE EDWARD CARRASCO (SHIELD NO. 1567); NYPD OFFICER TALHA AHMAD (SHIELD NO. 21358); NYPD OFFICER KEVIN AGRO (SHIELD NO. 8054); and NYPD OFFICERS JOHN and JANE DOES # 1- 40,

**MOTION TO WITHDRAW**

    Defendants.

------------------------------------------------ X

    **PLEASE TAKE NOTICE** that I, the undersigned, Deema Azizi, respectfully seek leave to withdraw as counsel for Plaintiffs (Adama Sow, Alexandra de Mucha Pino, Barbara Ross, Dara Pluchino, David Jaklevic, Maria Salazar, Matthew Bredder, Oscar Rios, Sabrina Zurkuhlen, and Savitri Durkee), in the above-captioned matter, due to departing my role as an associate at the law firm of Beldock Levine & Hoffman LLP. Plaintiffs will continue to be represented in this matter by the other counsel of record at Beldock Levine & Hoffman LLP.

I am neither retaining nor charging a lien in this matter.

Dated: July 23, 2025

By: _____
Deema Azizi, Esq.