UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

ADAMA SOW, DAVID JAKLEVIC, ALEXANDRA DE MUCHA PINO, OSCAR RIOS, BARBARA ROSS, MATTHEW BREDDER, SABRINA ZURKUHLEN, MARIA SALAZAR, DARA PLUCHINO, and SAVRITI DURKEE, on behalf of themselves and others similarly situated,

                                                              Plaintiffs,

                        -against-

CITY OF NEW YORK; MAYOR BILL DE BLASIO; NEW YORK CITY POLICE DEPARTMENT COMMISSIONER DERMOT SHEA; NEW YORK CITY POLICE DEPARTMENT CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD DETECTIVE EDWARD CARRASCO (SHIELD NO. 1567); NYPD OFFICER TALHA AHMAD (SHIELD NO. 21358); NYPD OFFICER KEVIN AGRO (SHIELD NO. 80540; and NYPD OFFICERS JOHN AND JANE DOES # 1- 40,,

                                                              Defendants.

-------------------------------------------------------------------- x

**STIPULATION AND ORDER OF SETTLEMENT OF FINAL ATTORNEY'S FEES, EXPENSES, AND COSTS**

21CV00533 (CM) (GWG)

        **WHEREAS,** Plaintiffs Adama Sow, David Jaklevic, Alexandra De Mucha Pino, Oscar Rios, Barbara Ross, Matthew Bredder, Sabrina Zurkuhlen, Maria Salazar, Dara Pluchino, and Savitri Durkee commenced this action by filing a Complaint on or about January 21, 2021 and an Amended Complaint on March 6, 2021, on behalf of themselves and all other similarly situated, alleging violation of their rights under the First, Fourth and Fourteenth Amendments to the United States Constitution and certain state law claims; and

        **WHEREAS,** Defendants have denied any and all liability arising out of Plaintiffs' allegations; and

        **WHEREAS,** on July 27, 2023, the Court issued an Order, *inter alia*, appointing Cohen & Green PLLC, Gideon Orion Oliver, Esq., Wylie Stecklow PLLC, Masai Lord, and Beldock Levine & Hoffman LLP as Class Counsel; and

**WHEREAS**, Plaintiffs' claims against the individual Defendants were voluntarily dismissed, with prejudice, and the City remained the only party to the Action as the settling Defendant pursuant to the Court-endorsed Amended Stipulation of Settlement dated August 23, 2023 (ECF No. 176) and Amended Order dated March 5, 2024 (ECF No. 199); and

**WHEREAS**, in its Amended Order dated March 5, 2024, the Court found, *inter alia*, that the requested negotiated payment of $5,850,000.00 in attorneys' fees and expenses to Class Counsel for work performed through June 15, 2023 was reasonable; and

**WHEREAS**, in its Amended Order dated March 5, 2024, the Court further ordered, *inter alia*, that the claims asserted in this Action were dismissed with prejudice with the exception of Class Counsel's fees and costs incurred after June 15, 2023; and

**WHEREAS**, in its Amended Order dated March 5, 2024, the Court further ordered, *inter alia*, that with respect to Class Counsel's fees and costs incurred after June 15, 2023 only, the Parties will engage in good faith negotiations in an effort to reach an agreement; and

**WHEREAS**, counsel for Defendant and Class Counsel now desire to resolve the issue of final attorneys' fees, expenses, and costs incurred after June 15, 2023 without further proceedings.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the respective Parties to the above-captioned action, as follows:

1. Defendant City of New York hereby agrees to pay Class Counsel (Cohen & Green PLLC, Gideon Orion Oliver, Esq., Wylie Stecklow PLLC, Masai Lord, and Beldock Levine & Hoffman LLP) the total sum of Seven Hundred Fifty Thousand ($750,000.00) Dollars in full satisfaction of Class Counsel's fees, expenses, and costs incurred after June 15, 2023. In consideration for the payment of Seven Hundred Fifty Thousand ($750,000.00) Dollars, Class

Counsel agrees to release and discharge Defendant City of New York and its successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all claims of attorneys' fees, expenses, and costs that were or could have been alleged in the aforementioned action.

2. Class Counsel represents that they have been assigned the rights to attorneys' fees, expenses, and costs by Plaintiffs. Class Counsel hereby agrees and represents that no other claims for attorneys' fees, expenses, or costs arising out of this action shall be made by or on behalf of Plaintiffs or class members in any application for attorneys' fees, expenses, or costs at any time.

3. Nothing contained herein shall be deemed to be an admission by the Defendants that they have in any manner or way violated Plaintiffs' or class members' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules or regulations of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, except to enforce the terms of this agreement.

4. This Stipulation and Order contains all the terms and conditions agreed upon by counsel for Defendants and Class Counsel hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of attorneys' fees, expenses, or costs shall be deemed to exist, or to bind the Parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
       September 16  , 2025

| | |
|---|---|
| **BELDOCK LEVINE & HOFFMAN LLP**<br>*Attorneys for Plaintiff*<br>99 Park Ave 26th Floor<br>New York, NY 10016<br>212-490-0400<br><br>By: *David Rankin*<br>Jonathan Moore<br>David B. Rankin<br>Luna Droubi<br>Marc Arena<br>Deema Azizi<br>Katherine "Q" Adams<br>Regina Powers<br>Keegan Stephan<br>*Attorney for Plaintiffs* | **COHEN & GREEN P.L.L.C.**<br>*Attorneys for Plaintiff*<br>1639 Centre Street, Suite 216<br>Ridgewood (Queens), NY 11385<br>929-888-9480<br><br>By: *Elo L Co*<br>Elena L. Cohen<br>J. Remy Green<br>Jessica Massimi<br>*Attorney for Plaintiffs* |

**WYLIE STECKLOW PLLC**
*Attorneys for Plaintiff*
152 W. 57th Street Ste 8th Floor
New York, NY 10019
212-566-8000

By: *Wylie Stecklow*
Wylie M. Stecklow
*Attorney for Plaintiffs*

**GIDEON ORION OLIVER**
*Attorneys for Plaintiffs*
277 Broadway, Suite 1501
New York, NY 10007
718-783-3682

By: *Gideon Orion Oliver*
Gideon Orion Oliver
*Attorney for Plaintiffs*

**LORD LAW GROUP PLLC**
*Attorneys for Plaintiff*
14 Wall St., Ste 1603
New York, NY 10005
718-701-1002

By: *Masai Lord*
Masai I. Lord
*Attorney for Plaintiffs*

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the
   City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007

By: *Jenny Weng*
Jenny Weng
*Senior Counsel*

**SO ORDERED:**

_____
HON. COLLEN MCMAHON
UNITED STATES DISTRICT JUDGE

Dated: _____, 2025